IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:18CR88 |
| | ) | |
| | ) | Addendum to Sentencing |
| v. | ) | Memorandum |
| | ) | |
| JON EUGENE CREIGHTON | ) | |

NOW COMES the Defendant, Jon Creighton, by and through the undersigned appointed counsel, Christopher C. Fialko, and files the attached letter in support of him:

Exhibit AA      Letter by Patricia Creighton.

Respectfully submitted, this the 21st day of August, 2018.

                                               FIALKO LAW PLLC

                                               /s/ Christopher C. Fialko
                                               Christopher C. Fialko
                                               Fialko Law PLLC
                                               529 W. Summit Ave, Suite 1B
                                               Charlotte, NC 28203
                                               Tel: (704) 458-5415
                                               chris.fialko@fialko-law.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the parties and counsel of record by submitting it to the Court for electronic notice.

/s/ Christopher C. Fialko
Christopher C. Fialko